1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10
11

| | | |
|---|---|---|
| DANIEL C. NOYOLA, | ) | Case No. CV 07-5158-JWJ |
|                 Plaintiff, | ) | |
| | ) | JUDGMENT |
|    vs. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
|                Defendant. | ) | |

12
13
14
15
16
17
18
19

**IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

20
21
22
23
24

DATED:  March 31, 2009

25
26
27

                        /s/
                  JEFFREY W. JOHNSON
              United States Magistrate Judge

28