1 | JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
2 | 5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
3 | Telephone: 323-954-9600
Fax: 323-954-9616
4 | E-mail: lawoffice5750@aol.com

5 | Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DANIEL CERVANTES NOYOLA, | NO. CV 07-5158 JWJ |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of four thousand, two hundred ninety eight dollars and nineteen cents ($4,298.19), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollars ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: April 28, 2009          _____/s/_____

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE